Laurie Dahl Rea
State Bar No. 00796150
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Ft. Worth, TX  76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
lrea@forsheyprostok.com
CHAPTER 7 TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| RJC CAROLINA, LLC, | ) | CASE NO. 22-41806-MXM-7 |
| | ) | |
| Debtor. | ) | |

### TRUSTEE'S NOTICE OF INTENT TO ABANDON PROPERTY

**NO HEARING WILL BE HELD ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. 10th STREET, ROOM 147, FORT WORTH, TEXAS 76102 BEFORE CLOSE OF BUSINESS ON JANUARY 5, 2023, WHICH IS AT LEAST TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON THE UNDERSIGNED COUNSEL FOR MOVANT PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO WRITTEN OBJECTION IS FILED WITH THE BANKRUPTCY COURT WITHIN TWENTY-ONE (21) DAYS OF SERVICE OF THIS NOTICE, THE PROPERTY DESCRIBED IN THIS NOTICE SHALL BE DEEMED ABANDONED AS OF THE DATE OF THE FILING OF THIS NOTICE WITH THE BANKRUPTCY COURT.**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

Laurie Dahl Rea, Chapter 7 Trustee ("Trustee"), files this *Notice of Intent to Abandon Property* (the "Notice").

1.      On August 9, 2022, RJC Carolina, LLC filed this chapter 7 bankruptcy case.   John D. Spicer was appointed as the chapter 7 trustee but resigned due to conflicts between estates.   On September 22, 2022, the Trustee was appointed as the chapter 7 trustee, and she continues to serve in that capacity.   The Trustee believes that the property listed below (the "Property") is of inconsequential or no value to this chapter 7 estate, therefore it is in the best interest of the estate to abandon all property (described below), *except for* mail, business records and checks, located at 297 Garlington Road, Greenville, South Carolina 29615.

| PROPERTY | SCHEDULED VALUE |
|---|---|
| 80 squares of shingles | $7,200.00 |
| Desks and chairs | $1,000.00 |
| TVs | $1,000.00 |

2.      The trustee files this notice of intent to abandon the Property pursuant to 11 U.S.C. §554 and Federal Rule of Bankruptcy Procedure 6007.

Dated: December 16, 2022.                    Respectfully submitted,

/s/ Laurie Dahl Rea
Laurie Dahl Rea
State Bar No. 00796150
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
lrea@forsheyprostok.com
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that, on December 16, 2022, a copy of this document was electronically filed in this case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, a copy was served on the parties who receive notice via the Court's ECF notification system, and a copy was served via first class U.S. mail on each of the parties set forth on the attached service list.

/s/ Laurie Dahl Rea
Laurie Dahl Rea