



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 13, 2023**

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| RJC CAROLINA, LLC, | ) | CASE NO. 22-41806-MXM-7 |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING TRUSTEE'S MOTION TO REJECT UNEXPIRED LEASE

The Court has considered the *Trustee's Motion to Reject Unexpired Lease* (the "Motion") filed on December 15, 2022 [Docket No. 22] by Laurie Dahl Rea, chapter 7 trustee ("Trustee"). After review of the Motion and the record in this case, the Court finds as follows: (a) the Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the Motion was properly served on all parties in interest; (d) the Motion was served with negative notice language requiring any response on or before January 6, 2023, and no responses were filed; and (e) the Motion is well-taken and should be granted. It is therefore

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Lease Agreement between the Debtor and 297 Garlington, LLC for the warehouse, office and manufacturing building located at 297 Garlington Road, Greenville, SC 29615 is rejected as of August 9, 2022; it is further

**ORDERED** that 297 Garlington, LLC shall file any claim for rejection damages within (30) days of the entry if this Order.

###End of Order###

Submitted by:

/s/ Laurie Dahl Rea
Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Ft. Worth, TX 76102
Telephone: (214) 953-0182
Facsimile: (888) 467-5979
laurie.rea@romclaw.com

CHAPTER 7 TRUSTEE